**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:26-cr-20123-MSN

SELMA L. BRINSON,

Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

---

Pursuant to 28 U.S.C. § 636(b), Chief Magistrate Judge Pham conducted a plea hearing in this matter on August 5, 2026. After the hearing, Chief Magistrate Judge Pham filed a Report and Recommendation on Change of Plea (ECF No. 24, "Report"), finding that that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact. (*Id.* at PageID 53.) The Report therefore recommended that the Court (1) grant Defendant's request to withdraw her not guilty plea to Count 11 of the Indictment; (2) accept Defendant's guilty plea Count 11 of the Indictment; (3) adjudicate Defendant guilty of violating 26 U.S.C. § 7206(2) as charged in Count 11; and (4) order that Defendant remain on her conditions of pre-trial release pending sentencing or further order of this Court. (*Id.*at PageID 54.)

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so

may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal. Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 24) and **ORDERS** as follows:

(1) Defendant's request to withdraw her not guilty plea to Count 11 of the Indictment is **GRANTED**;

(2) Defendant's guilty plea to Count 11 of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of violating 26 U.S.C. § 7206(2) as charged in Count 11; and

(4) Defendant **SHALL REMAIN** on her conditions of pre-trial release pending sentencing or further order of this Court.

**IT IS SO ORDERED**, this 27th day of August, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE